

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-22-2005

# Al-Fara v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 02-4580

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Al-Fara v. Atty Gen USA" (2005). *2005 Decisions.* Paper 1270.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1270

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEAL
FOR THE THIRD CIRCUIT

———————

No. 02-4580

———————

SAID HUSNI AL-FARA;
BAHYA SAFI,

Petitioners

v.

ALBERTO GONZALES, ATTORNEY GENERAL
OF THE UNITED STATES*

*Caption amended pursuant to Rule 43(c), Fed. R. App. P.

Respondent

———————

On Petition for Review from an Order of the
Board of Immigration Appeals
(D.C. No. 0090-1: A73-623-415;
D.C. No. 0090-1: A73-623-416)

———————

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 27, 2004

BEFORE: RENDELL and COWEN, Circuit Judges
and SCHWARZER*, District Judge

(Opinion Filed April 14, 2005)

———————

*Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

ORDER AMENDING OPINION

COWEN, Circuit Judge

It is now ORDERED that the Precedential Opinion in the above-captioned case

filed April 14, 2005 be amended as follows:

On page 5, footnote 2, change "110 Stat. 2135 (2002)." to "116 Stat. 2135 (2002)."

By the Court,


/s/ Robert E. Cowen
U.S. Circuit Judge

Dated: April 22, 2005